UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-50056-JRS |
| | ) | |
| NANCY CLARK AUSTIN, | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | JUDGE JAMES R. SACCA |
| | ) | |
| NANCY CLARK AU8TIN, | ) | |
| | ) | |
| MOVANT | ) | |
| | ) | |
| vs. | ) | CONTESTED MATTER |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| RESPONDENT | ) | |

### OBJECTION TO CLAIM NO. 3 FILED BY U.S. BANK NATIONAL ASSOCIATION

COMES NOW the Debtor, Nancy Clark Austin, and objects to the claim of U.S, Bank National Association ("U.S. Bank"), in the amount of $304, 887.38, same being Claim No. 3 filed herein, and shows the Court as follows:

1.

Debtor filed her Chapter 13 Petition herein on January 3, 2023. Debtor's Chapter 13 Plan has not been confirmed.

2.

U.S. Bank filed a Proof of Claim in the amount of $304,887.38 purporting to be secured by a first priority deed to secure debt, the same being secured by Debtor's residence located at

4579 Glenforest Drive, Roswell, Cobb County, Georgia (the "Property"). Debtor objects to the entire amount of U.S. Bank's claim.

3.

U.S. Bank's claim asserts a mortgage debt in the amount of $304,887.38. Debtor objects to U.S. Bank's assertion and states that her mortgage has been paid in full and has been satisfied and cancelled of record by the holder of the security interest at the time the mortgage was paid and satisfied.

WHEREFORE, Debtor prays that this Motion be inquired into and sustained, and that the Court grant relief as follows:

(a) Determine that Debtor owes no amount to U.S. Bank on its secured claim herein;

(b) Disallow U.S. Bank's claim in its entirety as it seeks to recover a mortgage loan that has been paid, satisfied, and cancelled of record; and

(c) Grant such other and further relief as the Court may deem just and proper.

Respectfully submitted,

*Nancy Clark Austin*
NANCY CLARK AUSTIN, Debtor
4579 Glenforest Drive
Roswell, GA 30075
(678) 938-2751
nancy1029@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that I am more than eighteen (18) years of age and that on this day I served a copy of the within Objection to Claim No. 3 Filed by U.S. Bank National Association by depositing a copy of the same in the U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

Nancy J. Whaley
Standing Chapter 13 Trustee
303 Peachtree Center Avenue
Truist Plaza Garden Offices, Suite 120
Atlanta, GA 30303

Lisa F. Caplan
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Plaza
Peachtree Corners, GA 30071-1570

Evan Owens Durkovic
Aldridge Pite, LLP
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1608

Andrew Cecere
Chairman/President/CEO
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3330

U.S. Bank National Association
One Federal Street, 3rd Floor
EX-MA-FED
Boston, MA 02110

Rushmore Loan Management
15480 Laguna Canyon Road
Irvine, CA 92618-2132

Select Portfolio Servicing
P. O. Box 65250
Salt Lake City, UT 84165-0250

THIS, the 24th day of April, 2023.

*Nancy Clark Austin*
Nancy Clark Austin, Debtor
4579 Glenforest Drive
Roswell, GA 30075
Phone: 678-938-2751
Email: nancy1029@hotmail.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-50056-JRS |
| | ) | |
| NANCY CLARK AUSTIN, | ) | CHAPTER 13 |
| | ) | |
|       DEBTOR | ) | JUDGE JAMES R. SACCA |
| _____ | ) | |
| | ) | |
| NANCY CLARK AU8TIN, | ) | |
| | ) | |
|       MOVANT | ) | |
| | ) | |
| vs. | ) | <u>CONTESTED MATTER</u> |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
|       RESPONDENT | ) | |
| _____ | ) | |

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Debtor, Nancy Clark Austin, has filed a Motion (the "Motion"), and related papers with the Court seeking an order disallowing the claim of U.S. Bank National Association, the same being Claim No. 3 herein, insofar as it asserts a mortgage balance in the amount of $304,887.38.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion at **9:00 a.m.** on **May 9, 2023**, in **Courtroom 1404**, United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia, 30303.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court

to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney **must** attend the hearing.

You **may** also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you **must** attach a certificate stating when, how, and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta, Georgia, 30303. You must also mail a copy of your response to the undersigned at the address stated below.

This matter will appear on a Court calendar at the date and time indicated on this Notice. At the call of the calendar (the "Calendar Call") Court staff will ask for announcements for all matters. Parties may attend the Calendar Call in person or on the telephone (dial the toll-free number: 833-568-8864 and then enter the access code: 161 418 0533). Matters that need to be heard by the Court may be heard by telephone, by video conference, or in person.

Before the day of your hearing, it is important that you review the "Open Calendar Procedures" tab on Judge Sacca's web page, which can be found at https://www.ganb.uscourts.gov/content/honorable-james-r-sacca or under the "Information About Bankruptcy Court Hearings" link at the top of the web page for this Court, www.ganb.uscourts.gov. These web pages will provide more information on how the Calendar Call will be conducted for this matter, when the matter will be heard if a hearing before the Court

is necessary, and whether any hearing will be conducted by telephone, by video conference via Judge Sacca's Virtual Hearing Room, or in person.

Dated, this 24th day of April, 2023.

*Nancy Clark Austin*
Nancy Clark Austin, Debtor
4579 Glenforest Drive
Roswell, GA 30075
Phone: 678-938-2751
Email: nancy1029@hotmail.com