**IT IS ORDERED as set forth below:**



**Date: April 28, 2023**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50056-JRS |
| | § | |
| NANCY CLARK AUSTIN, | § | |
| Debtor. | § | CHAPTER 13 |
| | § | |
| _____ | § | |

### ORDER AND NOTICE CONTINUING
### HEARING AND SETTING FILING DEADLINES

On March 30, 2023, confirmation of Debtor's chapter 13 plan came on for hearing. At the hearing, Debtor made certain allegations that were not supported by evidence in the record, as it was at the time. This Court granted the Debtor time to supplement the record with any documents that would support her allegations and set the matter for further hearing to be held on April 27, 2003. After the March 30, 2023 hearing, the Debtor did file on the record various documents in support of confirmation. Also after the March 30, 2023 hearing, a *Motion for Relief from Automatic Stay (Real Property)* (the "Motion") was filed by U.S. BANK NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST (the "Movant") (Docket No.27) regarding real property located at 5262

KEITHWOOD DR., CUMMING, GA 30040 (the "Property").  The Motion is set to be heard on May 8, 2023.  The Court finds that a continuance of the April 27, 2023 Confirmation Hearing and the May 8, 2023 Relief from Stay Hearing, should be continued so that the Parties may review the documents and file with the Court any other documents that may be probative with respect to the pending matters.  Accordingly, it is

**ORDERED and NOTICE IS HEREBY GIVEN** that an evidentiary hearing shall be in Courtroom 103, United States Courthouse, 121 Spring Street, Gainesville, Georgia, on the **8TH Day of JUNE, 2023** at **1:00 p.m.**, at which time the Court shall consider Confirmation of Debtor's Chapter 13 Plan of Reorganization and the Motion for Relief from the Automatic Stay.  The parties and witnesses may appear by Zoom using the Court's Virtual Hearing Room,  the link to which is available on the Court's webpage,  and it is hereby

**FURTHER ORDERED** that the Movant shall file with the Court documentary evidence showing that amounts are still owed, including, but not limited to, a loan history ledger, and do so on or before May 31, 2023, subject to further extension by the Court.  Any documents so filed shall be served timely on all parties so that they are received with sufficient time to review them prior to the June 8, 2023 hearing, and it is

**FURTHER ORDERED** that all evidence shall be presented in an admissible form pursuant to the Federal Rules of Evidence.  For example, an unsworn letter written by a  non-party, such as the Debtor's ex-husband,  may  be inadmissible; however, live testimony of  the  person  writing  such  letter would be admissible, so the Court encourages the parties to have such witnesses available in person or in the Virtual Hearing Room for examination under oath.

The Clerk of Court is directed to serve a copy of this Order on the Debtor, Movant, Counsel for Movant, and the Chapter 13 Trustee.