**IT IS ORDERED as set forth below:**



Date: May 1, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| NANCY CLARK AUSTIN, | ) | |
| Debtor(s). | ) | Case No. 23-50056-JRS |

### ORDER AND NOTICE OF HEARING

This matter is before the Court on the Debtor's Objection to Claim #3 filed by U.S. Bank National Association (doc #32).

**ORDERED** that the hearing noticed by the Debtor for May 9, 2023 at 9:00 a.m. in Courtroom 1404 **will not be held**.  It is

**FURTHER ORDERED and NOTICE IS HEREBY GIVEN** that the Debtor's Objection to Claim #3 in the above-styled bankruptcy case, will be held at **1:00 P.M.**, on the **8th** day of **June 2023** in Courtroom **103**, U.S. Courthouse, **121 Spring Street, S.E., Gainesville, GA**.   The parties may appear by Zoom using the Court's Virtual Hearing Room. Please review the "Hearing Information" tab on the Judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the website for this Court, www.ganb.uscourts.gov for more information.

### END OF ORDER

**Nancy Clark Austin**
4579 Glenforest Dr.
Roswell, GA 30075

**Nancy J. Whaley**
Nancy J. Whaley, Standing Ch. 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

**David S. Weidenbaum**
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta, GA 30303

**Lisa F. Caplan**
Rubin Lublin, LLC
Suite 100
3145 Avalon Ridge Plaza
Peachtree Corners, GA 30071-1570

**U.S. Bank National Association**
One Federal Street, 3rd Floor
EX-MA-FED
Boston, MA 02110

**Evan Owens Durkovic**
Aldridge Pite, LLP
Six Piedmont Center, Suite 700
3525 Piedmont Road, N.E.
Atlanta, GA 30305-1608

**Rushmore Loan Management**
15480 Laguna Canyon Road
Irvine, CA 92618-2132

**Andrew Cecere**
Chairman/President/CEO
U.S. Bank National Association
800 Nicollet Mall
Minneapolis, MN 55402

**Select Portfolio Servicing**
P. 0. Box 65250
Salt Lake City, UT  84165-0250

**Rushmore Loan Management Services**
PO Box 55004
Irvine, CA  92619-2708