**IT IS ORDERED as set forth below:**



Date: June 26, 2023

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-50056-JRS |
| | § | |
| NANCY CLARK AUSTIN, | § | |
| Debtor. | § | CHAPTER 13 |
| | § | |
| _____ | § | |

## ORDER

Before the Court are U.S. Bank National Association's Motion for Relief from Automatic Stay (Doc #27) and the Debtor's Objection to Claim No. 3 Filed by U.S. Bank National Association (Doc #32). An evidentiary hearing was held on June 8, 2023, at which the Court heard testimony from the Debtor, Debtor's former spouse and a representative of Rushmore Loan Management Services LLC, the loan servicer for U.S. Bank National Association. After considering all the evidence, including the testimony of Debtor and Debtor's ex-spouse, and the documentary evidence, the Court finds the Debtor and her former spouse to be credible and that the mortgage was paid in fully in August 2014. Accordingly, after review of all relevant matters and evidence, and for the reasons more fully set forth in the oral ruling of the Court of June 22, 2023, it is hereby

**ORDERED** that U.S. Bank National Association's Motion for Relief from Automatic Stay (Doc #27) is hereby **DENIED**, and it is hereby

**FURTHER ORDERED** that Debtor's Objection to Claim No. 3 Filed by U.S. Bank National Association (Doc #32), as amended on May 30, 2023, is hereby **GRANTED** and the claim is **DISALLOWED.**

The Clerk of Court is directed to serve a copy of this Order on the Debtor, U.S. Bank National Association, Counsel for U.S. Bank National Association, the United States Trustee, and the Chapter 13 Trustee.