IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| IN RE:<br><br>NANCY CLARK AUSTIN,<br><br>      Debtor. | Case No. 23-50056-jrs<br>Chapter 13 |

### ENTRY OF APPEARANCE AND REQUST FOR ALL NOTICES

COME NOW, Bret J. Chaness, of the law firm Rubin Lublin LLC, and hereby files this Entry of Appearance and Request for All Notices as counsel **for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust** and requests notice of all motions and pleadings filed in this action, pursuant to Bankruptcy Rules 2002 and 9010, be served upon:

Bret J. Chaness
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

Respectfully submitted, this 10th day of July, 2023.

                                                */s/ Bret J. Chaness*
                                                BRET J. CHANESS (GA Bar No. 720572)
                                                **RUBIN LUBLIN, LLC**
                                                3140 Avalon Ridge Place, Suite 100
                                                Peachtree Corners, GA 30071
                                                (678) 281-2730 (Telephone)
                                                (470) 508-9203 (Facsimile)
                                                bchaness@rlselaw.com

                                                *Attorney for U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2023, I filed the within and foregoing via CM/ECF, which will serve electronic notice on all registered parties. Additionally, I caused a copy of the within and foregoing to be served on the same date via U.S. First Class mail, addressed as follows:

Nancy Clark Austin
4579 Glenforest Drive
Roswell, GA 30075

/s/ Bret J. Chaness
BRET J. CHANESS (GA Bar No. 720572)