**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

| | |
|---|---|
| In Re: | Debtor(s)<br>**Nancy Clark Austin**<br>4579 Glenforest Dr.<br>Roswell, GA 30075<br><br>**xxx–xx–6517** |

Case No.: **23–50056–jrs**
Chapter: **13**

**NOTICE OF RESCHEDULED HEARING**

NOTICE IS HEREBY GIVEN that the hearing on:

U.S. Bank's Motion for Reconsideration (doc #46)

has been rescheduled before Judge James R. Sacca on **August 3, 2023** at **11:00 AM** in **Courtroom 103**.

Hearings may be attended in person or via the Court's Virtual Hearing Room. Please check the "Dial–In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

*Vania S. Allen*
_____
Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: July 14, 2023

Form 189
Revised May 2023