# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Nancy Clark Austin**
4579 Glenforest Dr.
Roswell, GA 30075

xxx−xx−6517

Case No.: **23−50056−jrs**
Chapter: **13**

## NOTICE OF RESCHEDULED HEARING

NOTICE IS HEREBY GIVEN that the hearing on:

U.S. Bank's Motion for Reconsideration (doc #46)

has been rescheduled before Judge James R. Sacca on **August 3, 2023** at **11:00 AM** in **Courtroom 103**.

Hearings may be attended in person or via the Court's Virtual Hearing Room. Please check the "Dial−In and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, for more information and instructions on how to participate in Court hearings.

United States Bankruptcy Court
1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303

Vania S. Allen
Clerk of Court
U.S. Bankruptcy Court

Dated: July 14, 2023

Form 189
Revised May 2023

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                                   Case No. 23-50056-jrs
Nancy Clark Austin,                                                                          Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2023 | Form ID: 189 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: nancy1029@hotmail.com | Jul 14 2023 20:35:00 | Nancy Clark Austin, 4579 Glenforest Dr., Roswell, GA 30075-1976 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bret J. Chaness | on behalf of Creditor U.S. Bank National Association bchaness@rubinlublin.com BJC-ECF-Notifications@rubinlublin.com |
| David S. Weidenbaum | on behalf of U.S. Trustee Office of the United States Trustee david.s.weidenbaum@usdoj.gov |
| Evan Owens Durkovic | on behalf of Creditor U.S. Bank National Association ecfganb@aldridgepite.com edurkovic@ecf.courtdrive.com |
| Evan Owens Durkovic | on behalf of Creditor Select Portfolio Servicing Inc. ecfganb@aldridgepite.com, edurkovic@ecf.courtdrive.com |
| Lisa F. Caplan | on behalf of Creditor U.S. Bank National Association lcaplan@rlselaw.com nbrown@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com |

District/off: 113E-9 User: bncadmin Page 2 of 2
Date Rcvd: Jul 14, 2023 Form ID: 189 Total Noticed: 1

Nancy J. Whaley
    ecf@njwtrustee.com

Office of the United States Trustee
    ustpregion21.at.ecf@usdoj.gov

TOTAL: 7